POWER v. BALITZ.

Certiorari to Benzie; Lamb, J. Submitted June 27, 1914. (Calendar No. 26,289.) Decided June 14, 1915.

Mandamus by Delbert Power against Fred Balitz, treasurer of the township of Platte, Benzie county, to require respondent to pay an order. From an order denying relief relator brings certiorari. Affirmed.

*Gleason & Lee* (*Myron H. Walker,* of counsel), for relator.

*Warner, Raudabaugh & Person,* for respondent.

BIRD, J. Substantially the same state of facts and the same legal questions are involved in this case as were considered and passed upon by this court in *Power* v. *Gray, ante,* 646 (153 N. W. 37), filed herewith. This case is ruled by that one, and the order made herein by the trial court will be affirmed, with costs to the respondent.

BROOKE, C. J., and McALVAY, KUHN, STONE, OSTRANDER, MOORE, and STEERE, JJ., concurred.